**ATSER RESEARCH TECHNOLOGIES, INC., Plaintiff–Appellant,**

v.

**RABA–KISTNER CONSULTANTS, INC., Raba–Kistner Infrastructure, Inc., Raba–Kistner–Anderson Consultants, Inc. (formerly know as Rabakistner Consultants (SW), Inc.), Brytest Laboratories, Inc. (doing business as Raba–Kistner–Brytest Consultants, Inc.), and Lone Star Infrastructure, Joint Venture, Defendants–Appellees.**

No. 2010–1088.

United States Court of Appeals, Federal Circuit.

July 8, 2010.

Eric M. Adams, Mehaffy Weber P.C., of Houston, TX, argued for plaintiff-appellant.

John P. Moran, Holland & Knight, LLP, of Washington, DC, argued for defendants-appellees.

RADER, Chief Judge, NEWMAN and MOORE, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.